UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUIS M RIVERA,

    Petitioner,

v.                                                Case No. 5:24cv6-MCR-HTC

RON DESANTIS, et al.,

    Respondents.
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 18, 2024 (ECF No. 4), which recommends this case be dismissed *sua sponte* pursuant to Rule 4 of the Rules Governing § 2254 Cases for failing to state a claim cognizable in habeas. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (ECF Doc. 4) is adopted and incorporated by reference in this order.

(2)     The petition under 28 U.S.C. § 2241 is DISMISSED under Rule 4 of the Rules Governing § 2254 Cases for failing to state a claim cognizable in habeas.

(3)     The Clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of May 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**